UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 16-1570 JVS(FFMx) | Date | January 12, 2021 |
| Title | Michael Dobeck v. Corba Engineering Inc. et al. | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **[IN CHAMBERS] Order to Show Cause Regarding Stay**

On June 22, 2017, the Court stayed this case pending final disposition of a related Nevada state court case. ECF No. 54. Under the terms of the Order granting the stay, the parties are required to submit to the Court a status report describing the status of the related Nevada state court case every 90 days. Id. The parties have failed to file a status report with the Court since February 25, 2019. 2019 Status Report, ECF No. 61.

The Court orders Dobeck to show cause in writing within ten days why the Court should not dismiss the case for failure to prosecute under Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

| | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |